UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SCOTT BRIAN MUDFORD,

    Plaintiff,                                  Case No. 16-cv-10104
                                                Hon. Matthew F. Leitman

v.

ELWOOD BROWN, et al.,

    Defendants.
_____/

## **JUDGMENT**

In accordance with the Order Granting Defendants' Motions for Summary Judgment, dated February 7, 2017,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants and against Plaintiff.

                                                         DAVID J. WEAVER
                                                         CLERK OF COURT

                                           By:    s/Holly A. Monda
                                                         Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: February 7, 2017
Detroit, Michigan